# EXHIBIT 4

Press Resources > Press Release

# New $99 Samsung Gear VR Powered by Oculus Available for Pre-Order Today

USA on November 10, 2015 | SHARE



SAMSUNG TOMORROW

Samsung Electronics announced that the new Samsung **Gear VR** powered by Oculus is available for pre-order in the U.S. starting today. The new consumer edition of the Gear VR is compatible with Samsung's 2015 flagship smartphones, the Galaxy Note 5, Galaxy S6 edge+, Galaxy S6 and Galaxy S6 edge, leveraging each device's super AMOLED display to provide the color, clarity and performance needed for an amazing virtual reality experience.

"Samsung is leveraging its leadership in mobile, by giving millions of Samsung Galaxy smartphone owners' access to amazing virtual reality experiences including immersive games, the ability to explore beautiful photographs and exciting videos in 360 degrees, and much more," said Nick DiCarlo, Vice President, Immersive Products and Virtual Reality at Samsung Electronics America. "The quality of the VR experience provided by Galaxy smartphones and Oculus software is unparalleled, taking virtual reality out of the early adopter space and into the mainstream with this revolutionary product."

"This is an incredible moment for virtual reality as we introduce the absolute best VR experience on mobile today," said Max

Galaxy S7 edge | Note7

Fast Facts

Samsung Newsroom Photo Gallery

NEWSLETTER

## Recommended


Samsung Unveils the New Galaxy Note7 – The Intelligent


Crossing Borders and Limitations in the Bosphorus Strait


Samsung Delivers 12,500 Galaxy S7 edge Olympic Games

Top


Ultra-durable SMART Outdoor Signage Takes a Beating


People Who Love Serif TV 4: Artisan Jiyoung Lee

## Explore the Galaxy Note7 in Depth


[In-Depth Look] How the S Pen Advanced with the Galaxy Note7


[In-Depth Look] More Than Just a Writing Tool: The S Pen of the


[In-Depth Look] Keeping an Eye on Security: The Iris

Cohen, Head of Mobile, Oculus. "People all over the world can now turn their mobile phone into an immersive VR experience with made-for-VR games and thousands of amazing 2D, 3D and 360 degree videos and films."

The Gear VR is now available for pre-order on Samsung.com, Amazon.com and BestBuy.com, and will begin shipping as early as November 20. Gear VR will retail for $99.99 MSRP. It will be available online at Amazon.com, BestBuy.com, Samsung.com and at retail at BestBuy, as early as November 20. T-Mobile will offer the Gear VR beginning November 27 in stores and online at T-Mobile.com. AT&T will offer the Gear VR and will confirm specific availability.

The Samsung Gear VR is 19 percent lighter than the previous Gear VR Innovator Edition, and includes new foam cushioning to make the device more comfortable to wear. In addition, the Gear VR's touchpad has been improved, providing greater control and easier navigation while enjoying the wide range of film, gaming, 360 degree video and experiential content available for Gear VR.

Samsung Gear VR users can play dozens of new made-for-VR games that are coming to the Oculus platform this year, including CCP's "Gunjack" and Ustwo Games' "Lands End". People can also enjoy a wide range of content from Samsung Milk VR, a premium virtual reality content service, watch the entire Netflix** catalog of original series, documentaries and films, and explore Oculus Video, where viewers can watch thousands of videos and films from Lionsgate, 20th Century Fox, Twitch, and Vimeo.

Working closely with the major wireless providers, an update for the Samsung Galaxy S6 edge+ and Note 5 will be available in time for the Gear VR launch to make the phones compatible with the new headset.

For more information and media assets on the Gear VR, please visit www.samsung.com/GearVR.

**Samsung Gear VR Product Specifications**

| | |
|---|---|
| **Dimension / Weight** | 201.9 x 116.4 x 92.6 mm / 318g |
| **Sensor** | Accelerator, Gyrometer, Proximity(Mount/Unmount Detection) |
| **FOV*Field of View** | 96 degrees |
| **IPD Coverage** | 54 ~ 70 mm (Fixed Lenses) |
| **Color** | Frost White |
| **Compatibility** | microUSB connection to the Galaxy Note 5, S6 edge+, S6, S6 edge |


[In-Depth Look] The Beauty is in the Details: The Design of Galaxy Note7


[In-Depth Look] In the Limelight: The Entertainment

Where TV Meets Lifestyle


People Who Love Serif TV 1: Architects Jeunghye Park and


People Who Love Serif TV 2: Art Directors Jieun Kim


Our First Experience with the SUHD Quantum Dot TV in


Why Video Experts Prefer Quantum Dot SUHD TV


How to Set Up Your New Samsung SUHD TV

*All functionality, features, specifications and other product information provided in this document including, but not limited to, the benefits, design, pricing, components, performance, availability, and capabilities of the product are subject to change without notice or obligation.

**Netflix streaming subscription required.

TAGS Galaxy Note5, Galaxy S6, Galaxy S6 edge, Gear VR, milk vr, Oculus, pre order, Virtual Reality

SHARE

**File download**

New-99-Samsung-Gear-VR-Powered-by-Oculus-Available-for-Pre-Order-Today.pdf

ARTICLE LIST

For any issues related to customer service, please go to samsung.com/contactus for assistance.
For media inquiries, please contact hq.comm@samsung.com.



© 2011-2016 Samsung Electronics Co,.Ltd. All Rights Reserved.

Country