# EXHIBIT 7

HALTOM & DOAN
TRIAL & APPELLATE COUNSEL
TEXARKANA | TYLER | PLANO | MARSHALL

Jennifer Haltom Doan
Board Certified – Civil Trial Law
Board Certified – Personal Injury Trial Law
Texas Board of Legal Specialization

Direct: 903.255.1002
jdoan@haltomdoan.com

July 29, 2016

***via Electronic Mail***

Ken Murata
Senior Legal Counsel
Samsung Electronics America, Inc.
85 Challenger Rd.
Ridgefield Park, NJ 07660-0511
Telephone: (201) 229-4230
Email: ken.murata@sea.samsung.com

Re: Subpoena to Produce Documents and Testify at a Deposition to Samsung Electronics America, Inc., *ZeniMax Media Inc., et al. v. Oculus VR Inc., et al.*, in the United States District Court for the Northern District of Texas, Dallas Division, Civil Action No. 3:14-cv-1849-K

Dear Ken:

Thank you very much for visiting with us yesterday. As noted on the call, we would like to reach agreement regarding the production of documents and deposition without Court intervention. In an effort to reach this agreement, we are willing to narrow the categories of requested information to the following:

- Identification of or documents identifying Samsung[1] products since 2013 that incorporate Oculus[2]-provided source code or technology;

- Documents created for or from demonstrations or received from Oculus relating to demonstrations that Oculus provided to Samsung in June through August 2013 including but not limited to (1) an Oculus Rift demonstration in San Francisco, California in June 2013, (2) an Oculus Mobile or mobile software demonstration at the Suwon Campus in South Korea in July 2013, and (3) a 2-week Oculus demonstration or "camp" provided to Samsung in Irvine, California in August 2013; and

[1] Samsung means Samsung Electronics America, Inc. and any agent, representative, officer, member, director, employee, consultant, partner, corporate parent, subsidiary, attorney, superior, principal, or affiliate thereof.
[2] Oculus means Oculus VR, LLC and its corporate predecessors, including Oculus VR, Inc. and Oculus LLC, and any agent, representative, officer, member, director, employee, consultant, partner, corporate parent, subsidiary, attorney, superior, principal, or affiliate thereof.

- Documents, communications, and correspondence exchanged between Oculus and Samsung; Facebook[3] and Samsung; and John Carmack and Samsung from January 1, 2013 to present that references ZeniMax Media Inc. and/or id Software, LLC in the context of virtual reality technology, development of Oculus products, or development of Samsung products incorporating Oculus technology or source code including but not limited to correspondence and communications between Oculus/Facebook/John Carmack and

    1. Samsung's Graphics R&D Group within the Mobile Communication Division;
    2. Samsung's New Business Development/Product Strategy Team within the Mobile Communication Division;
    3. Dallas Telecom Laboratory or Samsung Telecommunications America, LLC;
    4. Kit Kim;
    5. Woo-Sung (Ted) Choi;
    6. Miso Kim (Meeso Kim);
    7. Joo Namkung;
    8. Chan-Woo Park;
    9. Mansu Han;
    10. Jihong Kim;
    11. Jin Ho Ahn;
    12. Insu Yu;
    13. Nick DiCarlo;
    14. George Kim;
    15. Tom Harding;
    16. Insu Song; and
    17. Tae Yong Kim.

---

[3] Facebook means Facebook, Inc. and any agent, representative, officer, member, director, employee, consultant, partner, corporate parent, subsidiary, attorney, superior, principal, or affiliate thereof.

We look forward to discussing these categories with you on Monday and trust that we can reach an agreement for the production of documents and deposition testimony at a mutually agreeable time and location.

Very truly yours,

Jennifer H. Doan